

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2020

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is granted, and the Court adjourns the status conference to August 31 at 12:00 p.m. The Court excludes time under the Speedy Trial Act through that date. See 18 U.S.C. § 3161(h)(7)(A).
>
> SO ORDERED.
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: June 16, 2020

   **Re:** *United States v. Elvis Bisono et al.*, 19 Cr. 523 (NRB)

Dear Judge Buchwald,

     The Government writes to respectfully request, on behalf of the parties in the above-captioned action, that the Court reschedule the upcoming status conference, currently scheduled for June 30, 2020 at 1:00 p.m. The Government and defense counsel have been in discussions regarding potential pre-trial dispositions in this case, but those discussions have not yet concluded. Accordingly, the parties have no additional updates to provide to the Court, and do not—at this time—seek the entry of a briefing schedule.

     In light of the foregoing, and after conferral, the parties jointly request an approximately 60-day adjournment of the upcoming status conference for the purpose of facilitating discussions regarding pre-trial resolutions. The Government further requests that time be excluded under the Speedy Trial Act through the date of the next conference for the same purpose. *See* 18 U.S.C. § 3161(7)(A) (time under the Speedy Trial Act is properly excluded where the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial").

                                     Very truly yours,

                                       GEOFFREY S. BERMAN
                                       United States Attorney

                        by: __/s_____
                             Sarah Mortazavi
                             Assistant United States Attorney
                             (212) 637-2520

Cc: All counsel (via ECF)